USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SANDRA COE,

                      Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
----------------------------------------------------------X

**ORDER**

19 Civ. 10993 (PED)

**PAUL E. DAVISON, U.S.M.J.:**

    On June 1, 2020, defendant filed a motion for judgment on the pleadings.

    Plaintiff's opposition to the motion, if any, was due 60 days thereafter. To date, no opposition to the motion has been filed.

    In recognition of the fact that plaintiff is proceeding *pro se*, plaintiff is granted an additional 30 days, until **October 9, 2020**, to file any opposition she chooses to submit.

    If plaintiff does not oppose defendant's motion, this Court will decide the motion based solely on defendant's submission.

Dated: September 9, 2020
       White Plains, New York

**SO ORDERED.**

_____
PAUL E. DAVISON, U.S.M.J.

Chambers mailed a copy of this Order to:
Sandra E. Coe
1993 Bathgate Avenue
Apt. 2B
Bronx, NY 10457