USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SANDRA E. COE,

                Plaintiff,

-against-

ANDREW SAUL,
Commissioner of Social Security Administration,
                Defendant.
-------------------------------------------------------------X

19 CIVIL 10993 (PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated November 16, 2020, Defendant's motion is GRANTED, and the Complaint is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
          November 16, 2020

                                      **RUBY J. KRAJICK**
                                          Clerk of Court

                BY:
                                              Deputy Clerk